■ T.W., an Infant, by Her Parent and Natural Guardian, ADELL LUKE, Appellant, v MICHAEL PIERRO et al., Respondents. [842 NYS2d 352]—Appeal from an order of the Supreme Court, Niagara County (Richard C. Kloch, Sr., A.J.), entered June 12,

2006 in a personal injury action. The order, among other things, directed the infant plaintiff to appear at a neuropsychological assessment.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Scudder, P.J., Martoche, Centra, Green and Pine, JJ.